IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TRUSTEES OF THE GLAZIERS, ARCHITECTURLA METAL AND GLASS WORKERS LOCAL UNION NO. 740 WELFARE FUND**, et al.,

Plaintiffs,

v.

**ALL CITY GLASS OF OREGON LLC**, et al.,

Defendants.

Case No. 3:21-cv-01084-AR

DEFAULT JUDGMENT

**MOSMAN, J.,**

Based upon the Order of the Court [ECF 24], Trustees' Motion for Default Judgment [ECF 17] is GRANTED and I award the following damages: (1) Against All City Glass of Oregon (ACG) on Claim One: $24,992.06 in fringe benefit contributions and union dues, $3,646.66 in liquidated damages, $1,467.81 in interest calculated through February 3, 2021, with interest continuing to accrue on the amount of the unpaid fringe benefit contributions ($22,415.21) at the rate of 12% per annum from February 4, 2021, through entry of judgment, and interest continuing to accrue on the amount of the unpaid union dues ($2,576.85) at the rate of 9% per annum from February 4, 2021, through entry of judgment; (2) Against Douglas T.

1 –DEFAULT JUDGMENT

Wells on Claim Two: $5,110.43 in union dues and vacation contributions (which amount is included as part of the $24,992.06 in fringe benefit contributions and union dues sought against ACG in Claim One); (3) Attorney fees in an amount of $4,443.75 against ACG; (4) An award of $702.70 in costs against ACG and Wells, jointly and severally; and (5) The right to conduct future payroll examinations of ACG books and records to ensure compliance with fringe benefit and union due payment compliance, and to institute legal proceedings to recover any delinquent contributions and/or union dues, plus attorney fees and costs.. It is ordered and adjudged that this case is DISMISSED with prejudice. Defendants All City Glass of Oregon LLC and Douglas T. Wells are found to be in default.

IT IS SO ORDERED.

DATED this ___ day of June, 2022.

MICHAEL W. MOSMAN
Senior United States District Judge

2 –DEFAULT JUDGMENT